IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00370–PAB–KMT

FOGNANI & ASSOCIATES, PLLC, a Colorado limited liability company d/b/a FOGNANI & FAUGHT, PLLC,

    Plaintiff,

v.

METROPOLITAN AREA NETWORKS, INC., a Delaware corporation,

    Defendant,

v.

ALAN H. SIMON,

    Third Party Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Motion to Withdraw as Attorney" (Doc. No. 54, filed July 21, 2010). Being otherwise fully advised, it is hereby ORDERED that the Motion (Doc. No. 54) is GRANTED. Attorney Tiffany L. Grant is relieved of any further representation of Plaintiff in the above-captioned matter. The Clerk of Court is instructed to remove Ms. Grant from the electronic certificate of mailing.

Dated: July 22, 2010

BY THE COURT:

*(signature)*

Kathleen M Tafoya
United States Magistrate Judge