IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00370–PAB–KMT

FOGNANI & ASSOCIATES, PLLC, a Colorado limited liability company
d/b/a FOGNANI & FAUGHT, PLLC,

    Plaintiff and Counter Defendant,

v.

METROPOLITAN AREA NETWORKS, INC., a Delaware corporation,
and WILLIAM J. CHASTAIN, an individual,

    Defendant and Third Party Plaintiff,

v.

ALAN H. SIMON,

    Third Party Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"The Parties' Joint Stipulated Motion to Amend the Briefing Schedule, Reset the November 17, 2010 Hearing on Motions, and Motion to Stay Compliance with Expert Disclosure Deadlines Set Forth in the June 15, 2010 Scheduling Order" (Doc. No. 89, filed November 3, 2010) is **GRANTED**.

The motions hearing set for November 17, 2010, is VACATED. A status conference and hearing regarding the Motion to Compel (Doc. No. 69) and the Motion for Protective Order (Doc. No. 84) is set for **December 3, 2010, at 9:00 a.m.** The settlement conference set for December 3, 2010, is VACATED. The deadlines set forth in the Scheduling Order (Doc. No. 47) are VACATED, to be reset at the hearing on December 3, 2010.

Responses to the Motion for Protective Order shall be filed no later than November 15, 2010. A reply shall be filed no later than November 25, 2010. The parties shall file a proposed amended scheduling order no later than November 29, 2010.

Dated: November 4, 2010