**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-00370-PAB-KMT | FTR - Courtroom C-201 |
| **Date:** December 3, 2010 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| FOGNANI & ASSOCIATES, PLLC, a Colorado limited liability company d/b/a FOGNANI & FAUGHT, PLLC, | Nancy Ann Kostro Michael Hutchinson (counter-defendant) |
| Plaintiff and Counter-Defendant, | |
| v. | |
| METROPOLITAN AREA NETWORKS, INC., a Delaware corporation, and WILLIAM J. CHASTAIN, an individual, | John Palmeri Lance Ream Lance Sears |
| Defendants and Third-Party Plaintiffs, | |
| v. | |
| ALAN H. SIMON, | Chelsey M. Burns Frederick W. Klann |
| Third Party Defendant. | |

### COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 11:05 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called on Third-Party Defendant Alan H. Simon's Motion to Compel Disclosures and Discovery from Defendant Metropolitan Area Networks, Inc. and Request for Sanctions [Doc. No. 69, filed September 27, 2010] and Defendant and Third-Party Plaintiff Metropolitan Area Networks, Inc. Opposed Motion for Protective Order [Doc. No. 84, filed October 29, 2010].

Discussion on necessity of Protective Order
Oral Argument from Plaintiff and Third-Party Defendant.

Oral Argument from Defendant

It is **ORDERED**:   Defendant and Third-Party Plaintiff's Opposed Motion for Protective Order [84] is **TAKEN UNDER ADVISEMENT**. Each party will file a supplemental submission to Opposed Motion for Protective Order [84] together with a redlined version of a form of acceptable Protective Order by December 27, 2010. The court will determine a form of Protective Order to govern this case at the continued Motion/Scheduling Conference to be held on January 5, 2011.

It is **ORDERED**:   Discovery is stayed on this matter between December 3, 2010 and the January 5, 2011 Scheduling Conference/Motions Hearing on grounds considered on the record.

It is **ORDERED**:   Third Party Defendant's Motion to Compel Disclosures and Discovery [69] is **DENIED** without prejudice. The Court finds all parties acted in good faith and sanctions will not be awarded for non-compliance. The timing of further discovery will be re-examined at the January 5, 2011 Scheduling Conference.

**Court in Recess: 12:45 p.m.**
Hearing concluded.
Total In-Court Time    01:40

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.