**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10–cv–00370–WJM–KMT

FOGNANI & ASSOCIATES, PLLC, a Colorado limited liability company
d/b/a FOGNANI & FAUGHT, PLLC,

    Plaintiff and Counter Defendant,

v.

METROPOLITAN AREA NETWORKS, INC., a Delaware corporation,
and WILLIAM J. CHASTAIN, an individual,

    Defendant and Third Party Plaintiff,

v.

ALAN H. SIMON,

    Third Party Defendant.

## ORDER DISMISSING CERTAIN PARTIES WITH PREJUDICE

    This matter comes before the Court on the Joint Stipulation to Dismiss with Prejudice, filed by Plaintiff/Counter Defendant Fognani & Associates, PLCC d/b/a Fognani & Faught, PLCC ("F&F"), Defendant/Counterclaim Plaintiff metropolitan Area networks, Inc. ("MAN"), and Defendant William J. Chastain ("Chastain") (collectively, "Certain Parties") (ECF No. 135).  The Court having reviewed Certain Parties' Joint Stipulation and being fully advised hereby ORDERS as follows:

    All claims asserted between and among the Certain Parties' are hereby DISMISSED WITH PREJUDICE.  Each party shall pay its own attorneys' fees and costs.  It is FURTHER ORDERED that this Order does not affect any claims pending

between Third Party Plaintiff MAN and Third Party Defendant Alan H. Simon. The parties shall amend the caption of this case in all future filings to reflect the dismissal of the Certain Parties.

Dated this 2nd day of June, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge