**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10–cv–00370–WJM–KMT

FOGNANI & ASSOCIATES, PLLC, a Colorado limited liability company
d/b/a FOGNANI & FAUGHT, PLLC,

    Plaintiff and Counter Defendant,

v.

METROPOLITAN AREA NETWORKS, INC., a Delaware corporation,
and WILLIAM J. CHASTAIN, an individual,

    Defendant and Third Party Plaintiff,

v.

ALAN H. SIMON,

    Third Party Defendant.

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL**

    This matter comes before the Court on the Stipulated Motion for Dismissal with Prejudice, filed June 2, 2011 (ECF No. 137). The Court being fully advised hereby ORDERS as follows:

    The Stipulated Motion for Dismissal is GRANTED. All claims between Metropolitan Area Networks, Inc., and Alan J. Simon are DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorneys' fees and costs.

    It is FURTHER ORDERED that all claims regarding all parties and this matter are hereby or have been resolved. Accordingly, the above-captioned case is hereby DISMISSED WITH PREJUDICE in its entirety.

Dated this 6th day of June, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge